**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| NIPPON SANSO MATHESON TRI-GAS, Inc., | § | |
| | § | |
| *Plaintiff and Counter-defendant,* | § | |
| | § | Case No. 3:25-cv-3201-G |
| v. | § | |
| | § | |
| HOGBACK RESOURCES, LLC, | § | |
| | § | |
| *Defendant and Counter-claimant.* | § | |
| | § | |

**<u>HOGBACK RESOURCES, LLC'S NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES</u>**

PLEASE TAKE NOTICE that Hogback Resources, LLC, in the above-styled and numbered proceeding, by and though counsel, served Rule 26 initial disclosures on Plaintiff and Counter-defendant Nippon Sanso Matheson Tri-Gas, Inc. on July 20, 2026.

Dated: July 20, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Sadik Huseny*
Sadik Huseny
*(admitted pro hac vice)*
Texas State Bar Number 24136352
LATHAM & WATKINS LLP
300 Colorado Street
Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
Facsimile: (737) 910-7301
Email: sadik.huseny@lw.com

Taj J. Clayton
Texas State Bar Number 24050427
LATHAM & WATKINS LLP
100 Crescent Court
7th Floor – No. 7011
Dallas, TX 75201
Telephone: (737) 546-5400
Facsimile: (737) 546-5401
Email: taj.clayton@lw.com

Anna M. Rathbun
*(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C., 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: anna.rathbun@lw.com

*Attorneys for Defendant and Counter-claimant Hogback Resources, LLC*